IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-60516
Conference Calendar

_____

JOHNNIE HUDSON,

                                        Plaintiff-Appellant,

versus

JOYCE ANDERSON; EDWIN SMITH; JAMES V. ANDERSON,
SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:97-CV-3-D-A
--------------------
April 14, 2000

Before WIENER, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

Johnny Hudson, Mississippi prisoner No. 05459, appeals from the district court's denial of injunctive and mandamus relief. Although this court liberally construes pro se briefs, see Haines v. Kerner, 404 U.S. 519, 520 (1972), arguments must be briefed in order to be preserved for appellate review and litigants must support their arguments with citation to the record. Yohey v. Collins, 985 F.2d 222, 223-24 (5th Cir. 1993); FED. R. APP. P. 28(a)(9)(A). Hudson's appellate brief does not comply with this standard. Accordingly, we DISMISS the appeal.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

APPEAL DISMISSED.